Richard CONGER *v.* STATE of Arkansas

CR 98-892                                          973 S.W.2d 481

Supreme Court of Arkansas
Opinion delivered September 10, 1998

*Naif S. Khoury*, for appellant.

No response.

PER CURIAM. Appellant Richard Conger, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Naif S. Khoury, admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.